BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant DEALBA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-007 MMC |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE |
| v. ) | |
| ) | |
| EFRAIN DEALBA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties jointly request that, subject to the Court's approval, the status conference presently set for September 29, 2010 be continued to October 27, 2010 at 2:30pm.

Defendant Efrain Dealba is charged with violating the conditions of his supervised release. When he last appeared before the Court on August 25, 2010, the parties informed the Court that they were negotiating a resolution of the case and hoped to have it resolved by now. Unfortunately, the parties have yet to finalize the agreement, but are hopeful that they will be able to do so if given a continuance.

///

///

///

///

*US v. Dealba,* CR-07-007 MMC;
STIP & [PROPOSED] ORD. TO CONTINUE           1

1   Accordingly, based on the availability of counsel, the parties jointly stipulate and request
2   that this Court continue the hearing from September 29 to October 27 at 2:30pm.
3   IT IS SO STIPULATED.

4

5   __September 27, 2010_____         ___/s/_____
    DATED                                KIRSTIN AULT
6                                        Assistant United States Attorney

7

8
    __September 27, 2010_____         ___/s/_____
9   DATED                                JODI LINKER
                                         Assistant Federal Public Defender
10

11  IT IS SO ORDERED.

12
13  _September 28, 2010__                _____
    DATED                                MAXINE M. CHESNEY
14                                       United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

*US v. Dealba,* CR-07-007 MMC;
STIP & [PROPOSED] ORD. TO CONTINUE          2