AO 245D (Rev. 9/00) - Judgment in a Criminal Case for Revocation

# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>EFRAIN DEALBA, JR. | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-07-00007-001 MMC<br>BOP Case Number: DCAN307CR000007-001<br>USM Number:    Unknown<br>Defendant's Attorney :Jodi Linker, Assistant Federal Public Defender |

**THE DEFENDANT:**

[x]   admitted guilt to violation of condition(s)  standard and special conditions  of the term of supervision.
[ ]   was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | That he not commit another federal, state, or local crime | 06/4/2010 |
| 2 | Failure to participate in a program, inpatient, or outpatient, for the treatment of drug and/or alcohol addiction, dependency or abuse, which may include, but not limited to urine, breath, saliva and skin testing to determine whether the defendant has reverted to the use of drugs and/or alcohol | 4/17/2010<br>4/21/2010<br>5/25/2010<br>6/1/2010<br>4/10/2010<br>5/7/2010<br>5/25/2010<br>4/22/2010 |

    The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[x]    The violation of supervised release in charge three:  standard condition number three  is discharged upon a motion of the U.S. Probation Officer..

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | October 27, 2010 |
|---|---|
| Defendant's Soc. Sec. No.:    Unknown | Date of Imposition of Judgment |
| Defendant's Date of Birth:    Unknown | *[signature]* |
| Defendant's USM No.:    Unknown | |
| Defendant's Residence Address:<br>Unknown | Signature of Judicial Officer<br>Honorable Maxine M. Chesney, U. S. District Judge |
| Defendant's Mailing Address:<br>Unknown | Name & Title of Judicial Officer<br>October 28, 2010<br>Date |

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | EFRAIN DEALBA, JR. | Judgment - Page 2 of 2 |
| CASE NUMBER: | CR-07-00007-001 MMC | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>Eighteen (18) months</u>.

Such term consists of 18 months on charge one and 18 months on charge two, to run concurrently.

[ ]   The Court makes the following recommendations to the Bureau of Prisons:


[**x**]   The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]   The defendant shall surrender to the United States Marshal for this district.

    [ ] at ___ [] am [] pm on ___.
    [ ] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2:00 pm on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.


                                                       UNITED STATES MARSHAL

By _____
                                 Deputy United States Marshal